UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **VICTORIA PREVATT,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 02-1775 (RCL) |
| **ISLAMIC REPUBLIC OF IRAN,** *et al.*, | ) | |
| Defendants. | ) | |

## JUDGMENT

In accord with the Findings of Fact and Conclusions of Law issued this date, it is hereby

ORDERED that Default Judgment be entered in favor of plaintiff and against defendants, jointly and severally, in the amount of $2,500,000.00.  It is further

ORDERED that plaintiff, at her own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Judgment and the Findings of Fact and Conclusions of Law issued this date to defendants.  It is further

ORDERED that this case be terminated from the dockets of this Court.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 27, 2006.